IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JACOB RUSSELL SPURLIN                                                        PLAINTIFF

v.                          Case No. 6:23-cv-06109

U.S. PROBATION OFFICE                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff Spurlin's Petition for Writ of *Habeas Corpus* (ECF No. 1) be dismissed without prejudice for failure to exhaust administrative remedies and because the Court lacks jurisdiction to consider the claims raised.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Plaintiff Spurlin's Petition for Writ of *Habeas Corpus* (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge